**Theodore Oltmann, appellee, v. Rudolph H. Coorts, appellant. Gen. No. 8,106.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Frank Lindley,

Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed October 31, 1927.

Harold F. Trapp and Anderson & Mangas, for appellant. Homer B. Harris and Peter Murphy, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.